# ORIGINAL

United States District Court
Central District of California

**UNITED STATES OF AMERICA vs.**

Docket No.
CR- 01-237(B)-WDK

| | |
|---|---|
| **Defendant** | GREGORY ALAN FOSTER |
| akas | -none- |
| **& Residence Address** | Metropolitan Detention Center<br>535 North Alameda Street<br>Los Angeles, CA 90012 |

Social Security No. 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

Mailing Address -same-

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 06 | 17 | 2002 |

**COUNSEL**: [X] WITH COUNSEL — JAMES HENDERSON, Retained (Name of Counsel)

**PLEA**: [X] GUILTY, and the court being satisfied that there is a factual basis for the plea.   [ ] NOLO CONTENDRE   [ ] NOT GUILTY

**FINDING**: There being a finding/verdict of [ ] GUILTY, defendant has been convicted as charged of the offense(s) of:

Mail Fraud, in Violation of 18 USC 1341; Money Laundering, Aiding and Abetting, and Causing an Act to be Done, in Violation of 18 USC 1956(a)(1)(A)(i), Money Laundering, Aiding and Abetting, and Causing an Act to be Done, in Violation of 18 USC 1957, as Charged in Counts 7, 19 and 23 of the Second Superseding Indictment.

**JUDGMENT AND PROB./COMMITMENT ORDER**: The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of:

87 (eighty-seven) Months. This term consists of 60 months on Count 7, 87 months on Count 23, and 87 months on Count 19 of the Second Superseding Indictment, all to be served concurrently.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 (three) years, on each of Counts 7, 19 and 23, all such terms to run concurrently, under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318;

2. The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, using alcohol, and abusing prescription medications during the period of supervision;

United States District Court
Central District of California

UNITED STATES OF AMERICA
vs

Docket No. CR01-237(B)-WDK

Defendant GREGORY ALAN FOSTER

DATE: JUNE 17, 2002

## JUDGMENT AND PROBATION/COMMITMENT ORDER

continued from page 1

3. The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved and directed by the Probation Officer;

4. During the period of community supervision, the defendant shall pay the special assessment and restitution.

5. The defendant shall not engage, in any business involving investments, asset management or protection, or any other business involving the solicitation of funds without the express approval of the Probation Officer prior to engagement in such employment. Further, the defendant shall provide the Probation Officer with access to any and all business records, client lists, and other records pertaining to the operation of any business owned, in whole or in part, by the defendant as directed by the Probation Officer.

It is ordered that the defendant shall pay to the United States a special assessment of $300.

It is ordered the defendant shall pay restitution in the total amount of $ 3,735,000.00 pursuant to 18 USC 3663A. The defendant and Steven Clark Woods, his convicted co-participant, will be held jointly and severally liable for the amount of $2,535,000.00. Manner of restitution to be determined by the Probation Officer.

Pursuant to 18 USC 3612(f)(3)(A), interest on the restitution is ordered waived because the defendant does not have the ability to pay interest

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine in addition to restitution.

The defendant shall comply with General Order 01-05.

The Court recommends that the defendant be placed in Southern California facility.

The Court also recommends that the defendant participate in Bureau of Prisons full time drug program.

Upon Government's motion, all remaining Counts are ordered Dismissed without prejudice.

**United States District Court**
**Central District of California**

UNITED STATES OF AMERICA                                Docket No. CR 01-237(B)-WDK
vs

Defendant GREGORY ALAN FOSTER                           DATE: JUNE 17, 2002

## JUDGMENT AND PROBATION/COMMITMENT ORDER

**continued from page 2**

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

☐ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by: U. S. District Judge _____
                                 WILLIAM D. KELLER

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

Dated/Filed  JUN 2 4 2002         By _____
                                     Jovita P. Ilagan, Deputy Clerk

U.S.A. vs GREGORY ALAN FOSTER          Docket No.: CR 01-237(B)

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page(s) pursuant to General Orders 318 and 01-05.

### Statutory Provisions Pertaining to Payment and Collection of Financial Sanctions

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution- pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

### Special Conditions for Probation and Supervised Release

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

| U.S.A. vs GREGORY ALAN FOSTER | Docket No.: CR 01-237(B)-WDK |
|---|---|

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependants and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

### RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____
Jovita P. Ilagan, Deputy Clerk

AO-245-A (01/90)   JUDGMENT AND PROBATION/COMMITMENT ORDER

**NOTICE PARTY SERVICE LIST**

Case No. CR 01-237 (B) WDK   Case Title U.S.A v. Gregory Alan Foster

Filed Date 6-24-02   Title of Document JUDGMENT AND PROBATION/COMMITMENT ORDER

| | | | | |
|---|---|---|---|---|
| | Atty Sttlmnt Officer | | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | | US Attorneys Office - Criminal Division -L.A. |
| | Calderon, Arthur - Warden, San Quentin | | | US Attorneys Office - Criminal Division -S.A. |
| | CAAG (California Attorney General's Office - Susan Frierson, L.A. Death Penalty Coordinator) | | | US Bankruptcy Court |
| | | | X | US Marshal Service - Los Angeles |
| | CA St Pub Defender (Calif. State PD) | | | US Marshal Service - Santa Ana |
| | Case Asgmt Admin (Case Assignment Administrator) | | | US Marshal Service - Riverside |
| | | | X | US Probation Office |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | | US Trustee's Office |
| | Chief Deputy Adm | | | |
| | Chief Deputy Ops | | | |
| | Clerk of Court | | | |
| | Death Penalty H/ C (Law Clerks) | | | |
| | Dep In Chg E Div | | | |
| | Dep In Chg So Div | | | |
| X | Fiscal Section | | | |
| | Intake Supervisor | | | |
| | Interpreter Section | | | |
| | PIA Clerk - Los Angeles (PIALA) | | | |
| | PIA Clerk - Santa Ana (PIASA) | | | |
| | PIA Clerk - Riverside (PIAED) | | | |
| X | PSA - Los Angeles (PSALA) | | | |
| | PSA - Santa Ana (PSASA) | | | |
| | PSA - Riverside (PSAED) | | | |
| | Schnack, Randall (CJA Supervising Attorney) | | | |
| | Statistics Clerk | | | |
| | Stratton, Maria - Federal Public Defender | | | |

| | ADD NEW NOTICE PARTY (* print name and address below): |
|---|---|
| | |

* Print name & address of the notice party if this is the first time this notice party is being served through Optical Scanning. Print ONLY the name of the notice party if documents have previously been served on this notice party through Optical Scanning.

| | JUDGE / MAGISTRATE JUDGE (list below): |
|---|---|
| | |
| | |
| | |
| | |

Initials of Deputy Clerk _____