JUDGMENT
================================================================

scan only

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---------------

NO. 02-50323
CT/AG#: CR-01-00237-WDK-02

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

GREGORY ALAN FOSTER, aka Greg Alan Foster

    Defendant - Appellant



RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 11 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

----------------------

APPEAL FROM the United States District Court for the Central District of California, Los Angeles.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is dismissed.

Filed and entered   November 14, 2003



ENTER ON ICMS
DEC 1 8 2003



A TRUE COPY
ATTEST
CATHY CATTERSON
Clerk of Court
by: _____ Deputy Clerk