# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: USA v. Foster, Gregory A.
Court of Appeals No. (leave blank if unassigned) 05-56468
U.S. District Court, Division & Judge Name: Central California-L.A. Hon. William D. Keller
Criminal and/or Civil Case No.: CV 05-01676 WDK / CR 01-00237 WDK (2)
Date Complaint/Indictment/Petition Filed: 03/07/05
Date Appealed order/judgment entered: 07/28/05
Date NOA filed: 08/25/05
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):
☐ granted in full (attach order)
☐ granted in part (attach order)
☒ denied in full (send record)
☐ pending

Court Reporter(s) Name & Phone Number: Dawn Bullock, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____
Date FP granted: _____
Is FP pending? ☐ yes ☐ no
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

Date Docket Fee Billed: _____
Date FP denied: _____
Was FP limited ☐? Revoked ☐?

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellate Counsel:
Gregor A. Foster
Reg# 20341-112
FCI - Low
P. O. Box 26020
Beaumont, TX 77720-6020
☐ retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other _____

Appellee Counsel:
AUSA

*Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID _____
Custody _____
Bail _____
Address: _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____
9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: C. Brizuela
(213)894-3570

A-8 (08/02) (QA9-014)   NOTICE OF APPEAL NOTIFICATION FORM

165