SEAN K. KENNEDY (No. 145632)
Federal Public Defender
E-mail: (Sean_Kennedy@fd.org)
CALLIE GLANTON STEELE (No. 155442)
Deputy Federal Public Defender
E-mail: (Callie_Steele@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-6075
Facsimile (213) 894-0081

Attorneys for Defendant
GREGORY ALAN FOSTER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR01-0237-WDK |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| GREGORY ALAN FOSTER, | |
| Defendant. | |

Notice is hereby given that Deputy Federal Public Defender Callie Glanton Steele is counsel on the above-entitled case.

Service of all documents should be made to the attention of Deputy Federal Public Defender Callie Glanton Steele.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: September 3, 2009

By_____/S/_____
CALLIE GLANTON STEELE
Deputy Federal Public Defender