# UNITED STATES PROBATION OFFICE
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR01-00237-WDK |
| vs. | | |
| GREGORY ALAN FOSTER | Defendant(s) | WARRANT FOR ARREST |

**TO:** UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **GREGORY ALAN FOSTER**

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint  ☒ Indictment
☐ Information  ☐ Order of Court  ☒ Violation Petition  ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

ARRESTED WITHIN THE C/CA
BY: *USMI - LA., CA*
ON: *09-15-09*
SIGNED:

in violation of Title 18 United States Code, Section 3583(e)(3)

Terri Nafisi
**NAME OF ISSUING OFFICER**

Clerk of Court
**TITLE OF ISSUING OFFICER**

*Lori Muraoka*
**SIGNATURE OF DEPUTY CLERK**

*August 28, 2009 - Los Angeles, CA*
**DATE AND LOCATION OF ISSUANCE**

BY: *William D Keller*
**NAME OF JUDICIAL OFFICER**

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

**DATE RECEIVED**

**DATE OF ARREST**

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**

**NAME OF ARRESTING OFFICER**

**TITLE**

**SIGNATURE OF ARRESTING OFFICER**