UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. GREGORY ALAN FOSTER DEFENDANT(S). | CASE NUMBER: CR01-00237-WDK REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 9/15/09  1245   ☐ AM / ☑ PM
2. Defendant is in lock-up (in this court building)   Yes ☑   No ☐
3. Charges under which defendant has been booked:
   18 USC 3583
4. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
6. Interpreter Required:   ☑ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1966
8. The defendant is:   ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?   ☑ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☑ If yes, please list Officer's Name: Duty Officer   Time: 1:10   AM / ☑ PM
14. Remarks (if any): _____

15. Date: 9/15/09
16. Name: A. WALTON  (Please Print)
17. Agency: USMS
18. Signature: /s/
19. Office Phone Number: 894-2485

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION