UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. Gregory Alan Foster Defendant. | Western Division<br>Case Number: 2:01-CR-00237-WDK-2 PSA Warrant<br>Initial App. Date: 09/15/2009   Initial App. Time: 3:00 PM<br>Date Filed: 08/28/2009<br>Violation: 18:3583<br>CourtSmart: CS 09/15/09 |
|---|---|

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Suzanne H. Segal | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: Lazo, Denise     Brian Klein     None
Deputy Clerk     Assistant U.S. Attorney     Interpreter Language

✓ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
✓ preliminary hearing OR ☐ removal hearing / Rule 20.
✓ Defendant states true name ✓ is as charged ☐ is _____
✓ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☒ Attorney: Firdaus Dordi, DFPD ✓ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
☐ Special appearance by: _____
✓ Government's request for detention is: ✓ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
✓ Defendant is ordered: ✓ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
✓ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
✓ PO/PSA WARRANT ✓ Counsel are directed to contact the clerk for
District Judge Keller _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for:_____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
✓ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☐ Other: _____

✓ PSA     ✓ FINANCIAL     ✓ READY
Deputy Clerk Initials _____ dl
: 5

cc: ☒ PSA Warrant