1 | GEORGE S. CARDONA
Acting United States Attorney
2 | CHRISTINE C. EWELL
Assistant United States Attorney
3 | Chief, Criminal Division
BRIAN E. KLEIN (Cal. State Bar No.: 258486)
4 | Assistant United States Attorney
Major Frauds Section
5 |     1100 United States Courthouse
    312 North Spring Street
6 |     Los Angeles, California 90012
    Telephone: (213) 894-6920
7 |     Facsimile: (213) 894-6269
    E-mail: brian.klein@usdoj.gov
8 |
9 | Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT

SEP 15 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

10 |       UNITED STATES DISTRICT COURT

11 |   FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,          )   Case No. _01-237-WDK_
                                       )
13 |              Plaintiff,            )
                                       )   GOVERNMENT'S NOTICE OF REQUEST
14 |                                    )   FOR DETENTION
              v.                       )
15 |                                    )
      Gregory Alan Foster              )
16 |                                    )
              Defendant.               )
17 | _____       )

18 |        Plaintiff, United States of America, by and through its

19 | counsel of record, hereby requests detention of defendant and

20 | gives notice of the following material factors:

21 |   _____   1.   Temporary 10-day Detention Requested (§ 3142(d))

22 |                on the following grounds:

23 |        _____  a.  present offense committed while defendant was on

24 |                    release pending (felony trial), (sentencing),

25 |                    (appeal), or on (probation) (parole); or

26 |        _____  b.  defendant is an alien not lawfully admitted for

27 |                    permanent residence; and

28 |        _____  c.  defendant may flee; or

1       ____    d.  pose a danger to another or the community.

2   ____    2.  Pretrial Detention Requested (§ 3142(e)) because no

3           condition or combination of conditions will

4           reasonably assure:

5       ____    a.  the appearance of the defendant as required;

6       ____    b.  safety of any other person and the community.

7   _X_    3.  Detention Requested Pending Supervised

8           Release/Probation Revocation Hearing (Rules

9           32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):

10       X    a.  defendant cannot establish by clear and

11           convincing evidence that he/she will not pose a

12           danger to any other person or to the community;

13       X    b.  defendant cannot establish by clear and

14           convincing evidence that he/she will not flee.

15   ____    4.  Presumptions Applicable to Pretrial Detention (18

16           U.S.C. § 3142(e)):

17       ____    a.  Title 21 or Maritime Drug Law Enforcement Act

18           ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense

19           with 10-year or greater maximum penalty

20           (presumption of danger to community and flight

21           risk);

22       ____    b.  offense under 18 U.S.C. §§ 924(c), 956(a), 2332b,

23           or 2332b(g)(5)(B) with 10-year or greater maximum

24           penalty (presumption of danger to community and

25           flight risk);

26       ____    c.  offense involving a minor victim under 18 U.S.C.

27           §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,

28           2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-

2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

\_\_\_\_\_ d.   defendant currently charged with an offense described in paragraph 5a - 5e below, <u>AND</u> defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), <u>AND</u> that previous offense was committed while defendant was on release pending trial, <u>AND</u> the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

 <u>X</u>   5.   <u>Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves:</u>

\_\_\_\_\_ a.   a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

\_\_\_\_\_ b.   an offense for which maximum sentence is life imprisonment or death;

\_\_\_\_\_ c.   Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

\_\_\_\_\_ d.   any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that

3

would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

_____ e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

__X__ f. serious risk defendant will flee;

_____ g. serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

_____ 6. Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____

_____

_____

//

//

//

4

1   ____   7.   Good cause for continuance in excess of three days

2            exists in that:

3            _____

4            _____

5            _____

6

7   DATED: ___9/15/09___          Respectfully submitted,

8                                 GEORGE S. CARDONA
                                  Acting United States Attorney
9
                                  CHRISTINE C. EWELL
10                                Assistant United States Attorney
                                  Chief, Criminal Division
11

12            _B — Σ_Kℓ_____

13                                BRIAN E. KLEIN
                                  Assistant United States Attorney
14
                                  Attorneys for Plaintiff
15                                United States of America

16

17

18

19

20

21

22

23

24

25

26

27

28