FILED
CLERK, U.S. DISTRICT COURT
SEP 16 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>Gregory Alan Foster<br>    Defendant. | 2:01-CR-237-WDK-2<br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or
(B) [X] the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he has not engaged in new criminal activity while on supervised release._

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he has not violated his supervised release ~~and has~~ He has not demonstrated that he can comply with the conditions of his supervised release._

IT IS ORDERED that defendant be detained.

DATED: 9/16/09

_/s/ Suzanne H. Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE