UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SEP 15 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, v. Gregory Alan Foster  DEFENDANT. | CR 01-237 WDK  WAIVER OF PRELIMINARY HEARING PROBATION/SUPERVISED RELEASE (Rule 32.1, Fed. R. Crim. P.) |

I, __Gregory Alan Foster__ charged in a Petition on Probation/Supervised Release, pending in this District, with a violation of the terms and conditions of my probation/supervised release, and having appeared before this Court and been advised of my rights as required by Rule 32.1, FRCrP, including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

__9-15-09__
Date

__[signature]__
Signature of Defendant

I have translated this Waiver to the defendant in the _____ language.

_____
Date

_____
Interpreter (if required)

__9-15-09__
Date

__[signature]__
Counsel for Defendant

CR-87 (10/06)   WAIVER OF PRELIMINARY HEARING PROBATION/SUPERVISED RELEASE
(Rule 32.1, Fed. R. Crim. P.)