Sent By: JSTANLEYSANDERSLAW; 3237376333; Sep-28-09 13:38; Page 2/3
Case 2:01-cr-00237-WDK   Document 176   Filed 09/28/09   Page 1 of 1   Page ID #:60

FROM :                                    PHONE NO. :                        Jun. 12 2000 11:44PM P1

CALLIE GLANTON STEELE
(Bar No.: 155442)
Deputy Federal Public Defender
(E-mail: callie_steele@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-2854
Facsimile (213) 894-0081

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>v.<br><br>Gregory Alan Foster<br>Defendant(s). | CASE NUMBER<br><br>CR 01-237-WDK<br><br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |
|---|---|

___Gregory Alan Foster___   ☐ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of ___Justin H. Sanders___
*New Attorney*

as attorney of record in place and stead of Callie Glanton Steele
*Present Attorney*

Dated  9/25/09

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.8 and further consent to the above substitution.

Dated  9/28/09

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.3.

Dated  9/28/09

*Signature of New Attorney*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (06/05)