CALLIE GLANTON STEELE  
(Bar No.: 155442)  
Deputy Federal Public Defender  
(E-mail: callie_steele@fd.org)  
321 East 2nd Street  
Los Angeles, California 90012-4202  
Telephone (213) 894-2854  
Facsimile (213) 894-0081  

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR 01-237-WDK |
| v. | |
| Gregory Alan Foster | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

<u>Gregory Alan Foster</u>   ☐ Plaintiff   **X** Defendant ☐ Other  
*Name of Party*

to substitute   <u>Justin H. Sanders</u>   who is

**X** Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

<u>333 South Grand Avenue, 25th Floor</u>  
*Street Address*

<u>Los Angeles, CA 90071</u>   <u>justin@sandersfirmla.com</u>  
*City, State, Zip*   *E-Mail Address*

<u>(213) 943-1314</u>   <u>(213) 234-4581</u>   <u>211488</u>  
*Telephone Number*   *Fax Number*   *State Bar Number*

as attorney of record in place and stead of   <u>Callie Glanton Steele</u>  
*Present Attorney*

**is hereby**   ☐ **GRANTED**   ☐ **DENIED**

Dated _____   _____  
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.