E-Filed : cc: USPO

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 01-237 WDK | | Date | September 29, 2009 |
|---|---|---|---|---|

| **Presiding: The Honorable** | **GEORGE H. KING, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter: | N/A |

| Beatrice Herrera | N/R | Michael Wilner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Gregory Alan Foster | Not | | ✘ | Justin Sanders | Not | | ✘ |

**PROCEEDINGS:**     **(IN CHAMBERS)  ORDER**

On the Court's own motion, the above preliminary revocation proceedings set before Judge King is hereby continued to **October 2, 2009 at 10:00 a.m.**  Defendant, counsel and the Probation Officer shall appear on date and time specified herein.

**IT IS SO ORDERED.**

                                                                                                                    --    :    --

                                                                                    Initials of Deputy Clerk         Bea