E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 01-237 WDK | | Date | October 2, 2009 |
|---|---|---|---|---|

| **Presiding: The Honorable** | GEORGE H. KING, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Beatrice Herrera | Mary Riordan Rickey | Evan Davis/Michael Wilner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Gregory Alan Foster | | ✘ | ✘ | Justin Sanders | | ✘ | ✘ |

**Proceedings:**   **FINAL HEARING RE: PRELIMINARY REVOCATION OF SUPERVISED RELEASE**

   Matter called defendant is present with counsel. Also present is Monica Blodgett, Probation Officer. The Court inquires of defendant and counsel if they have received a copy of the petition by the Probation Office, filed August 28, 2009. The Court further inquires if the defendant has had an opportunity to read the allegations set forth in the petition. The defendant is informed of and read to the allegations in the petition. Defendant admits allegations 1, 3, and 4.

   The Court hears from defendant, counsel, government and the Probation Officer prior to imposition of sentence. Based upon the admission of the defendant to having violated the terms and conditions of his supervised release. The Court finds them to be true and the defendant in violation of the terms and conditions of supervised release. Supervised release is hereby revoked, vacated and set aside.

   **IT IS ADJUDGED** that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of *five (5) months.* No supervision is to follow.

   **IT IS SO ORDERED.**


cc: Senior District Judge Keller

|  | : | 10 |
|---|---|---|
| Initials of Deputy Clerk | Bea | |