E-Filed: **10/5/09**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                              )<br>              Plaintiff,            )<br>                                              )<br>       vs.                                  )<br>                                              )<br>                                              )<br>GREGORY ALAN FOSTER,      )<br>                                              )<br>              Defendant.         )<br>_____)  | CASE NO. <u>**CR 01-237 WDK**</u><br><br>**JUDGMENT AND COMMITMENT ORDER UPON REVOCATION OF SUPERVISED RELEASE** |

   WHEREAS, on the 2nd day of October, 2009, came the attorney for the government and the defendant appeared in person with retained counsel, Justin Sanders, and the defendant having admitted to allegations 1, 3 and 4 as set forth in the Petition of the Probation Officer filed August 28, 2009.

   WHEREAS, based on the admission of the defendant to having violated the terms and conditions of his supervised release, and the Court having found the defendant to be in violation of his supervised release imposed on June 17, 2002,

   IT IS HEREBY ORDERED that supervised release is revoked, vacated and set aside.

   **IT IS ADJUDGED** that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of ***Five (5) months.***  No supervision to follow.

   Upon motion of the government, allegations 2 and 5 are ordered dismissed.


SIGNED: U. S. DISTRICT JUDGE  ____/s/____
                                                              GEORGE H. KING

                                                              TERRY NAFISI, CLERK OF COURT

                                                              By:_____/ S /_____
Filed:___10/5/09___                                           Beatrice Herrera, Deputy Clerk